UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30014-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL STARNES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MOTION TO SEAL

The United States of America respectfully moves this Court to seal the above-referenced indictment until such time as the above defendants are arrested in the above-referenced matter. At that time, this sealing motion shall expire **automatically**. The arrests are currently expected to occur on the morning of April 1, 2005.

Dated this 30th day of March, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1