AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__    DISTRICT OF    __MASSACHUSETTS__

UNITED STATES

V.                                                                    **APPEARANCE**

PAUL STARNES,

MARC BROWN, and                               Case Number:    05-30014-MAP

DAVID MCCOY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States

I certify that I am admitted to practice in this court.

__3/3/05__                                    __[signature]__
Date                                           Signature

                                               __William M. Welch II__
                                               Print Name                    Bar Number

                                               __1550 Main Street, Room 310__
                                               Address

                                               __Springfield__    __MA__    __01103__
                                               City              State      Zip Code

                                               __413-785-0237__    __413-785-0394__
                                               Phone Number        Fax Number