UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-30014-MAP |
| | ) |
| PAUL STARNES, | ) |
| MARC BROWN, and | ) |
| DAVID MCCOY | ) |
| | ) |
| Defendants. | ) |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to unseal the Indictment in the above referenced case.

As grounds for this motion, the government states that all defendants have been arrested and therefore there is no reason to further seal the Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            April 1, 2005

    I, William M. Welch II, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on all counsel of record.

_____
William M. Welch II
Assistant U.S. Attorney