UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| vs. | } | |
| PAUL STARNES, MARC BROWN, and DAVID MCCOY | } } } | MOTION FOR FUNDS FOR COPYING DOCUMENTS IN THE POSSESSION OF THE GOVERNMENT |

Now comes J. Jeffrey Yelle, Counsel for the defendant, David McCoy and respectfully moves this Honorable Court to allow his Motion for funds to copy documents in the Government's possession. Counsel has met with Agent Jeffrey Miller of the IRS to review the documents regarding this matter. There are hundreds of pages of documents involving real estate closings for twenty properties that are the subject of the indictments in this case.

As I am appointed counsel for Mr. McCoy, I am moving for funds to be provided not exceeding the sum of Five Hundred and 00/100 ($500.00) so these documents can be sent out to a local copier.

Date: May 27, 2005

Respectfully submitted,
David McCoy,
By his attorney,

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780