UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30014-MAP |
| vs. | |
| PAUL STARNES, MARC BROWN, and DAVID MCCOY | MOTION FOR FUNDS FOR A PRIVATE INVESTIGATOR |

Now comes J. Jeffrey Yelle, counsel for the Defendant, David McCoy, and respectfully moves this Honorable Court to allow hi Motion for Funds for a Private Investigator. This case involved an alleged conspiracy involving twenty (20) separate properties and loans associated with these properties. In order to properly prepare this case, it is necessary to interview the buyers, loan officials at various institutions and real estate appraisers regarding these various properties.

As I am appointed counsel for Mr. McCoy, I am moving for funds to be provided no exceeding the sum of Five Thousand ($5,000.00) Dollars. In support hereof, I refer the Court to the Affidavit of Tracey Hebert, the investigator I have interviewed for this matter.

Respectfully submitted,
David McCoy,
By his attorney,

Date: May 27, 2005

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780