UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| vs. | } | |
| | } | AFFIDAVIT OF TRACEY HEBERT |
| PAUL STARNES, | } | |
| MARC BROWN, and | } | |
| DAVID MCCOY | } | |

1. My name is Tracey Hebert and I am a licensed, bonded and insured Private Investigator in the State of Massachusetts and have been so since July of 2001. I have been a licensed Private Investigator since 1987 when I began my career in New York City.

2. On May 18, 2005 I met with J. Jeffrey Yelle, Esq. at his office to discuss his need to work with an investigator in preparing the case that is the subject of this Motion fro Funds. Initially, there are approximately twenty-five (25) witnesses to interview.

3. My hourly fee is $75.00 per hour and I estimate that the time needed to interview these witnesses will be approximately two (2) to three (3) hours per witness. As there are twenty-five (25) witnesses to meet with, the funds required would be approximately Five Thousand and 00/100 ($5,000.00) Dollars.

Signed under the pains and penalties of perjury this 30 day of May, 2005.

_____
Tracey Hebert