UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA }
vs. } CRIMINAL NO. 05-30014-MAP
PAUL STARNES, }
MARC BROWN, and }
DAVID MCCOY }

## Certificate of Service

I, J. Jeffrey Yelle, Esq., certify that a copy of the foregoing Motion for Funds for Copying Documents in the Possession of the Government, Motion for Funds For a Private Investigator and Affidavit in support thereof have been served on all parties of record by first class mail, postage prepaid to: Assistant U.S. Attorney William Welch, Federal Building & Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on the date hereof.

Date: June 2, 2005

J. Jeffrey Yelle, Esq.