UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIM. NO. 05-30014-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| **PAUL STARNES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### INITIAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this initial joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order as follows:

  1.   The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.  This case involves voluminous documentary evidence, consisting of approximately twenty-five loan files, bank accounts, and various other documents.  Defense counsel need additional time to arrange for copying of these materials and their review.

  2.   None of the defendants have requested discovery under FRCP 16(a)(1)(G).

  3.   At this time, the defendants have not completed their

1

review of all of the automatic discovery. There was some delay involved in applying for funds for copying costs, reviewing the Government's evidence, and then arranging for copying through a third party vendor. Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4. The parties agree that a motion date should not be set under FRCP 12(c) at this time. Until discovery has been reviewed, the parties are not in a position to set any motion dates. The parties anticipate filing motions.

5. Given the aforementioned delay resulting from the volume of evidence in this case, the time needed to review the Government's evidence, the delay involved in arranging for copying through a third party vendor, and the time needed by the third party vendor to make copies of the Government's evidence, the parties agree that the ends of justice outweigh the interests of the defendants and the public in a speedy trial. Therefore, the parties believe that no should run on the Speedy Trial Clock from the date of arraignments through June 27, 2005.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of three to four weeks.

7. A second Interim Status Conference should be set for September, 2005.

Filed this 24th day of June, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


        /s/ William M. Welch II
        WILLIAM M. WELCH II
        Assistant United States Attorney

        For defendant Paul Starnes:


        _____
        PETER L. ETTENBERG, ESQ.

        For defendant Marc Brown:


        _____
        CHARLES W. GROCE III, ESQ.

        For defendant David McCoy:


        _____
        J. JEFFREY YELLE, ESQ.

Filed this 24th day of June, 2005.

       Respectfully submitted,

       MICHAEL J. SULLIVAN
       United States Attorney

       _____
       WILLIAM M. WELCH II
       Assistant United States Attorney

       For defendant Paul Starnes:

       _____/s/_____
       PETER L. ETTENBERG, ESQ.

       For defendant Marc Brown:

       _____
       CHARLES W. GROCE III, ESQ.

       For defendant David McCoy:

       _____
       J. JEFFREY YELLE, ESQ.

3

Filed this ____th day of June, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Paul Starnes:

_____
PETER L. ETTENBERG, ESQ.

For defendant Marc Brown:

      */s/ CCM*

_____
CHARLES W. GROCE III, ESQ.

For defendant David McCoy:

_____
J. JEFFREY YELLE, ESQ.

3

Filed this ____th day of June, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Paul Starnes:

_____
PETER L. ETTENBERG, ESQ.

For defendant Marc Brown:

_____
CHARLES W. GROCE III, ESQ.

For defendant David McCoy:

_____
J. JEFFREY PELITZ, ESQ.

3

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      June 24, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

Peter L. Ettenberg, Esq.
Gould & Ettenberg
370 Main Street
Worcester, MA  01608

Charles W. Groce III, Esq.
1350 Main Street
10th Floor
Springfield, MA  01103

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA  01103


                                        _William M Welch II /ls_
                                        WILLIAM M. WELCH II
                                        Assistant United States Attorney