UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| | } | |
| vs. | } | |
| | } | MOTION FOR ORDER FOR SIR SPEEDY |
| PAUL STARNES, | } | TO COPY DOCUMENTS IN THE |
| MARC BROWN, and | } | POSSESSION OF THE GOVERNMENT |
| DAVID MCCOY | } | |

     Now comes J. Jeffrey Yelle, Counsel for the defendant, David McCoy and respectfully moves this Honorable Court to issue an Order authorizing Sir Speedy, 1441 Main Street, Springfield, Massachusetts to copy documents in the possession of the Government pursuant to the electronic Order of Neiman, J. granting the Motion for Funds for Copying as to David McCoy issued on June 6, 2005.

Respectfully submitted,
David McCoy,
By his attorney,

Date: July 21, 2005

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780

UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | CRIMINAL NO. 05-30014-MAP |
| } | |
| vs. } | |
| } | |
| PAUL STARNES, } | |
| MARC BROWN, and } | |
| DAVID MCCOY } | |

Certificate of Service

I, J. Jeffrey Yelle, Esq., certify that a copy of the foregoing Motion for Order for Sir Speedy to Copy Documents in the Possession of the Government and proposed Order have been served on all parties of record by first class mail, postage prepaid to: Assistant U.S. Attorney William Welch, Federal Building & Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on the date hereof.

Date: July 21, 2005

_____
J. Jeffrey Yelle, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30014-MAP |
| vs. | |
| PAUL STARNES, MARC BROWN, and DAVID MCCOY | |

ORDER

Pursuant to this Court's electronic ORDER entered on June 6, 2005 granting the Motion for Funds for Copying as to David McCoy by Nieman, J., it is hereby Ordered that the documents in the possession of the Government be sent out for copying to Sir Speedy, 1441 Main Street, Springfield, Massachusetts.

_____
Nieman, J.

Date: _____