UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    }        CRIMINAL NO. 05-30014-MAP
                           }
            vs.            }
                           }
                           }
PAUL STARNES,              }
MARC BROWN, and            }
DAVID MCCOY                }
                           }

ORDER

Pursuant to this Court's electronic ORDER entered on June 6, 2005 granting the Motion for Funds for Copying as to David McCoy by Nieman, J., it is hereby Ordered that the documents in the possession of the Government be sent out for copying to Sir Speedy, 1441 Main Street, Springfield, Massachusetts.

Nieman, J.
NEIMAN, M. J.

Date: July 25, 2005