UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  }  CRIMINAL NO. 05-30014-MAP
}
vs. }
}
PAUL STARNES, et al., }
Defendants }

### Motion to Continue Status Conference

Now comes the defendant, David McCoy, through his counsel and requests that the status conference be continued from September 16, 2005 at 2:00 p.m. until September 19, 2005 at 1:30 p.m.

As a basis therefore, counsel for the defendant has a conflict and will be out of the Commonwealth on September 16, 2005. Thus, the defendant and his counsel respectfully request this brief continuance.

Respectfully submitted,

David McCoy,
By his attorney,

Date: September 13, 2005

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780

### Certificate of Service

I, J. Jeffrey Yelle, Esq. hereby certify that a copy of the above Motion to Continue Status Conference has been served by Hand Delivery to: Assistant United States Attorney William M. Welch, II, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on the date hereof.

Date: September 13, 2005

J. Jeffrey Yelle, Esq.