UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30014-MAP |
| | ) | |
| PAUL STARNES, et al., | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
September 19, 2005

NEIMAN, U.S.M.J.

The court held final status conferences this day and on September 16, 2005, and in accord with Local Criminal Rule 116.5(B), reports as follows:

1. A pretrial conference has been scheduled for October 19, 2005, at 2:30 p.m. in Courtroom I. Defendants will report at the time what dispositive motions, if any, they intend to file. A trial, if necessary, will take two to three weeks.

2. All discovery has been completed.

3. No defendant intends to raise a defense of insanity, alibi, or public authority.

4. The parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

5. There are no other matters to report.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge