FILED
UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

2005 SEP 14  P 6: 16

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-30014-MAP |
|  | ) | U.S. |
| vs. | ) | MASS. |
|  | ) |  |
| PAUL STARNES, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

### FINAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this final joint memorandum pursuant to Local Rule 116.5(C) and the Magistrate Judge's Scheduling Order as follows:

1.    There are no outstanding discovery issues not yet presented or resolved by the court.  Defendant McCoy notified the Government of four missing loan files that he had requested for copying.  The Government hopes to resolve that issue by Friday.

2.    The parties do not anticipate providing additional discovery as a result of the future receipt of information.

3.    No defendant intends to raise a defense of insanity or public authority.

4.    The Government has not requested notice of alibi. However, no defendant intends to raise a defense of alibi.

1

5.    The defendants intend to file substantive motions that will require rulings by the District Court.

6.    A schedule should be set for the filing of substantive motions, responses to those motions, and arguments on the motions if deemed necessary by the District Court.

7.    The Government and at least one defendant have engaged in discussions about the early resolution of the case without a trial.

8.    No time will have run on the Speedy Trial Clock as of September 16th, 2005.

9.    The parties believe at this point that a trial should be anticipated for two defendants.  At this time, the Government would estimate a trial of three weeks.

Filed this ____th day of September, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Paul Starnes:

PETER L. ETTENBERG, ESQ.

2

For defendant Marc Brown:

_____

CHARLES W. GROCE III, ESQ.

For defendant David McCoy:

_____

J. JEFFREY YELLE, ESQ.

3

5.    The defendants intend to file substantive motions that will require rulings by the District Court.

6.    A schedule should be set for the filing of substantive motions, responses to those motions, and arguments on the motions if deemed necessary by the District Court.

7.    The Government and at least one defendant have engaged in discussions about the early resolution of the case without a trial.

8.    No time will have run on the Speedy Trial Clock as of September 16th, 2005.

9.    The parties believe at this point that a trial should be anticipated for two defendants. At this time, the Government would estimate a trial of three weeks.

Filed this ____th day of September, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Paul Starnes:

_____
PETER L. ETTENBERG, ESQ.

2

For defendant Marc Brown:

CHARLES W. GROCE III, ESQ.

For defendant David McCoy:

J. JEFFREY YELLE, ESQ.

3

CERTIFICATE OF SERVICE

Hampden,  ss.                    Springfield, Massachusetts
                                 September 14, 2005


        I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by faxing said
motion to:

Peter L. Ettenberg, Esq.
Gould & Ettenberg
370 Main Street
Worcester, MA  01608

Charles W. Groce III, Esq.
1350 Main Street
10th Floor
Springfield, MA  01103

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA  01103


                              _____
                              WILLIAM M. WELCH II
                              Assistant United States Attorney


4