FILED
K'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2005 NOV 10 P 5: 34

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-30014-MAP |
| vs. | ) | |
| PAUL STARNES, et al., | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXCLUDE TIME

The Government respectfully files this request to exclude time from the date of the pre-trial status conference, October 19, 2005, through the proposed date for entry of guilty pleas, November 18, 2005. As grounds, the Government states as follows:

1. Defendant McCoy needed time to conduct further investigation into the Government's case;

2. Defendant McCoy needed at least a month to complete the investigation; and,

3. The results of the investigation would assist defendant McCoy in deciding what motions he intended to file in the event that he decided to go to trial, or announcing his intent to plead guilty on November 18, 2005.

The Government hereby moves to exclude the above-referenced time frame because the ends of justice outweigh the best interest of the public and defendant in a speedy trial. First, the Government, the judiciary, and the public would save resources from a guilty plea. Second, the defendant possibly would face a less

1

severe sentence. Third, exclusion of the time will assist the defendant in preparing motions in the event that he elects not to plead guilty. Finally, a thirty day extension is not unreasonable. This request takes into consideration the exercise of due diligence. Therefore, the exclusion of time serves the ends of justice and outweighs the interests in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          November 10, 2005

I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by mail to:

Peter L. Ettenberg, Esq.
Gould & Ettenberg
370 Main Street
Worcester, MA   01608

Charles W. Groce III, Esq.
1350 Main Street
10th Floor
Springfield, MA   01103

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA   01103

_____
WILLIAM M. WELCH II
Assistant United States Attorney

3