UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 05-30014-MAP |
| ) | |
| vs. ) | |
| ) | |
| PAUL STARNES, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXCLUDE TIME

The Government respectfully files this request to exclude time from the date of the pre-trial status conference, November 18, 2005, through the proposed trial date, January 17, 2006. As grounds, the Government states as follows:

1. Defendant McCoy received additional discovery on November 18, 2005. As a result, defendant McCoy needs additional time to prepare his defense and conduct further investigation into the Government's case;

2. In addition, defendant McCoy experienced difficulty locating the former owners of some of the properties that are the subject of the substantive wire fraud charges. The Government has agreed to provide memoranda of interview for those individuals, and defendant McCoy needs additional time to conduct further investigation; and,

3. The results of the investigation would assist defendant McCoy in deciding whether or not he should plead guilty prior to January 17, 2006.

The Government hereby moves to exclude the above-referenced time frame because the ends of justice outweigh the best interest of the public and defendant in a speedy trial. First, the

1

Government, the judiciary, and the public would save resources from a guilty plea. Second, the defendant possibly would face a less severe sentence. Third, exclusion of the time will assist the defendant in preparing motions in the event that he elects not to plead guilty. Finally, a sixty day extension is not unreasonable. This request takes into consideration the exercise of due diligence. Therefore, the exclusion of time serves the ends of justice and outweighs the interests in a speedy trial.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: /s/ William M. Welch II
     WILLIAM M. WELCH II
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       November 21, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by mail to:

Peter L. Ettenberg, Esq.
Gould & Ettenberg
370 Main Street
Worcester, MA  01608

Charles W. Groce III, Esq.
1331 Main Street
Room 330
Springfield, MA  01103

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA  01103

_____
WILLIAM M. WELCH II
Assistant United States Attorney