UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | CRIMINAL NO. 05-30014-MAP |
| vs. } | |
| } | MOTION FOR ADDITIONAL FUNDS |
| } | FOR COPYING DOCUMENTS IN THE |
| PAUL STARNES, } | POSSESSION OF THE GOVERNMENT |
| MARC BROWN, and } | |
| DAVID MCCOY } | |

    Now comes J. Jeffrey Yelle, Counsel for the defendant, David McCoy and respectfully moves this Honorable Court to allow his Motion for additional funds to copy documents in the Government's possession. Counsel was provided with additional documents from the Government involving real estate closings for twenty properties that are the subject of the indictment in this case. A motion for funds for copying documents was allowed in the amount of $500.00. According to Sir Speedy, of the original $500.00 there only remains funds in the amount of $45.00. There are additional copying expenses owed to Sir Speedy in the amount of $173.00.

    As I am appointed counsel for Mr. McCoy, I am moving for additional funds to be provided not exceeding the sum of One Hundred Seventy-three and 00/100 ($173.00).

Respectfully submitted,
David McCoy,
By his attorney,

Date: December 21, 2005

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780

UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| | } | |
| vs. | } | |
| | } | |
| PAUL STARNES, | } | |
| MARC BROWN, and | } | |
| DAVID MCCOY | } | |

Certificate of Service

I, J. Jeffrey Yelle, Esq., certify that a copy of the foregoing Motion for Additional Funds for Copying Documents in the Possession of the Government has been served on all parties of record by first class mail, postage prepaid to: Assistant U.S. Attorney William Welch, Federal Building & Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on the date hereof.

Date: December 21, 2005

_____
J. Jeffrey Yelle, Esq.