UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| vs. | } | |
| PAUL STARNES, MARC BROWN, and DAVID MCCOY | } | MOTION FOR ALLOWANCE OF EMERGENCY TRAVEL |

FILED
IN CLERK'S OFFICE

2006 JAN -3 A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

      Now comes the defendant, David McCoy, and respectfully requests that this Honorable Court allow his Motion for Allowance of Emergency Travel. As a basis therefore, Mr. McCoy's father passed away on December 31, 2005. The burial is to take place at Arlington National Cemetery with military honors. Mr. McCoy will be driving down to Virginia on Saturday, January 7, 2006 and returning to Massachusetts on Tuesday, January 10, 2006. While away, Mr. McCoy will be staying with relatives in Washington, D.C. Thus, Mr. McCoy is requesting this motion be allowed as he will be attending to these family matters out of state from January 7, 2006 until January 10, 2006.

      Respectfully submitted,
David McCoy
The Defendant,
By his attorney,

Date: January 3, 2006

_____
J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780

Certificate of Service

      I, J. Jeffrey Yelle, Esq. hereby certify that a copy of the above Motion for Allowance of Emergency Travel has been served by Hand Delivery to: Assistant United States Attorney William M. Welch, II, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on the date hereof.

Date: January 3, 2006

_____
J. Jeffrey Yelle, Esq.