UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                            Criminal No:   05-30014-MAP

DAVID MCCOY

ORDER REGARDING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY
(Docket No. 49)

April 6, 2006

PONSOR, D.J.

Upon de novo review, the Report and Recommendation of Chief Magistrate Judge Kenneth P. Neiman dated January 17, 2006 is hereby ADOPTED, without objection. The plea is hereby accepted. The clerk is ordered to enter defendant's plea of guilty to Counts, 2,7 and 13 of the indictment into the records of the court as of this date.

It is so ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. District Judge