UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| vs. | } | |
| DAVID MCCOY | } | |

FILED
CLERK'S OFFICE

2006 JUL 28  A 10: 56

U.S. DISTRICT COURT

### DEFENDANT'S NOTICE OF APPEAL

The defendant, David McCoy, hereby notifies, pursuant to Fed. R. App. P. 3 and 4, that he appeals to the United States Court of Appeals for the First Circuit from the judgment and sentence entered in this action on July 13, 2006.

Respectfully submitted,
DAVID McCOY
By his attorney,

Date: July 21, 2006

_____
J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA  01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780

Certificate of Service

I, J. Jeffrey Yelle, Esq. hereby certify that a copy of the above Defendant's Notice of Appeal has been served by first class mail, postage prepaid to:  Assistant United States Attorney William M. Welch, II, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA  01103 on the date hereof.

Date: July 21, 2006

_____
J. Jeffrey Yelle, Esq.