06-2138
Comp #06-2057

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 3:05-cr-30014-MAP

UNITED STATES OF AMERICA
Plaintiff
v.
DAVID MCCOY
Defendants

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1 through 75
#5 1-4, 9-11, 15, 22-26 28-37, 39, 42, 43, 47-51, 56, 63, 64, 69, 70, 72 & 75
and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on. 7/28/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/28/06.

Sarah A Thornton, Clerk of Court

By:     /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/2/06 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:     06-2138