UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NO. 05-30014-MAP |
| | } | |
| vs. | } | |
| | } | |
| PAUL STARNES, | } | |
| MARC BROWN, and | } | |
| DAVID MCCOY | } | |

**Defendant's Motion to Extend**
**Time for Self-Surrender**

     Now comes the defendant, David McCoy, and respectfully requests that this Honorable Court extend the time for him to self-surrender for an additional two (2) weeks.

     As a basis therefore, the defendant was sentenced on July 12, 2006, and ordered to self-surrender on August 9, 2006 at a facility designated by the Bureau of Prisons. Mr. McCoy was informed that he was designated to a facility in Maryland that could not adequately attend to his medical problems. He has asked the Bureau of Prisons to assign him to Ft. Devens in Massachusetts where they could adequately treat him for his medical concerns. The Bureau of Prisons has agreed to consider the defendant's request and has indicated that they need at least a week to review his case.

     WHEREFORE, Counsel requests on behalf of Mr. McCoy an additional two (2) weeks to self-surrender, to the date of August 23, 2006.

Respectfully submitted,
DAVID McCOY
By his attorney,

Date: August 4, 2006

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
Tel.: (413) 732-9760
Fax: (413) 739-2783
BBO #536780

Certificate of Service

    I, J. Jeffrey Yelle, Esq. hereby certify that a copy of the above Defendant's Motion to Extend Time for Self-Surrender has been served by first class mail, postage prepaid to: Assistant United States Attorney William M. Welch, II, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on the date hereof.

Date: August 4, 2006

                                                J. Jeffrey Yelle, Esq.