AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__   DISTRICT OF   __MASSACHUSETTS__

UNITED STATES

v.                                                **APPEARANCE**

PAUL STARNES ET AL

Case Number:   05-CR-30014-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

__September 13, 2006__                            _[signature]_
Date                                              Signature

                                                  Todd Newhouse
                                                  Print Name                    Bar Number

                                                  1550 Main Street, Room 310
                                                  Address

                                                  Springfield            MA      01103
                                                  City                   State   Zip Code

                                                  413-785-0109           413-785-0394
                                                  Phone Number           Fax Number