UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN, FEDERAL CORRECTIONAL CENTER, FORT DEVENS, FORT DEVENS, MA

YOU ARE COMMANDED to have the body of DAVID MCCOY now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on JANUARY 3, 2008, at 11:00 A.M... for the purpose of RESENTENCING HEARING

in the case of UNITED STATES V. DAVID MCCOY    CR 05-30014

And you are to retain the body of said DAVID MCCOY while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said DAVID MCCOY to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 10TH day of DECEMBER, 2008.

PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

SEAL

SARAH THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Habeas Writ.wpd - 2/2000)    [kwhcap.] or
[kwhcat.]