# United States Court of Appeals
## For the First Circuit

No. 06-2138

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID McCOY,

Defendant, Appellant.

---

**JUDGMENT**

Entered: November 27, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The matter is remanded to the district court for re-sentencing consistent with the opinion issued this day.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk

Date: DEC 18 2007

By the Court:

_[signature]_
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Michael A. Ponsor and Ms. Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Welch, Ms. Chaitowitz, Ms. Goodwin, Mr. Newhouse, Mr. Quinlivan, & Ms. Kempthorne.]