UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | Cr. No. 05-30014-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID McCOY | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
SENTENCING MEMORANDUM UNDER SEAL

Defendant David McCoy hereby moves, pursuant to Local Rule 7.2 and the Electronic Case Filing Administrative Procedures Rule I.(1)(a), to file his Sentencing Memorandum and accompanying materials under seal.

As grounds for this motion, McCoy states that his memorandum and supporting material relate medical and other private information about the defendant. The sentencing memorandum relates to the Statement of Reasons for imposition of a sentence and the Presentence Report, both of which are confidential, sealed documents.

Accordingly, the Sentencing Memorandum and attachments should be sealed permanently.

Respectfully submitted,

DAVID McCOY

By his attorney,

 s/ Jeanne M. Kempthorne
Law Office of Jeanne M. Kempthorne
BBO # 267410
7 Bott's Court
Salem, MA 01970
(978) 745-4673

CERTIFICATE OF SERVICE

ESSEX, SS.                                                           Date: December 28, 2007

    I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), that is, upon Mark Quinlivan, AUSA.

                                                      s/Jeanne M. Kempthorne