Dear Ms French                                                   3-26-08

I am writing to you today in reference to my transcript that was taken by you dated Jan 3, 2008. I do understand there is a cost applied to this type of request, but at this time as you know I am in the custody of the B.O.P. and I do not have the type of funds available to me at this time to pay for it.

I have attached a copy of my Inmate account here at Devens Prison as a confirmation for my ability not able to pay.. I only make $5.00 a month and that goes towards writing stamps and toiltries. I am indegunt at this current time and would like to ask, if there is any possible way to recieve a copy of the transcript for my file only.. If so could you please send a copy to my Appeals Attorney so she may be able to forward a copy to me.. On the next page I have listed my information, the court dacket information, and my Appeals Attorney infomation - I would like to thank you in advance for considering and taking out the time to review this matter, and may you have a pleasent day..

        May God continue to bless you

          David McCoy

Jan 3, 2008  11:00 AM

United States Vs. David McCoy

Amened Judgement in Criminal Case #
   CR. NO   3-05-30014-MAP
USM # 90854-038

Transcript of resentencing.
Held before the Honorable.
    Michael A. Ponsor
United States District Court Judge.


Appeal Attorneys info:

Atty Jeanne Kempthorne.
    7 Bott's Court
      Salem, Mass  01970
  Tel# (978)-745-4673
  David McCoy - 90854-038
  FMC Devens
  P.O. Box 879
  Ayer, Mass    01432

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 90854038 | Current Institution: | Devens FMC |
| Inmate Name: | MCCOY, DAVID | Housing Unit: | DEV-II-A |
| Report Date: | 03/26/2008 | Living Quarters: | H04-408L |
| Report Time: | 2:28:11 PM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2117 |
| PAC #: | 071681619 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/11/2006 |
| Local Account Activation Date: | 8/12/2006 6:10:42 AM |
| Sort Codes: | |
| Last Account Update: | 3/13/2008 12:11:59 AM |
| Account Status: | Active |
| Phone Balance: | $0.09 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.13 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.13 |
| National 6 Months Deposits: | $101.24 |
| National 6 Months Withdrawals: | $102.50 |
| National 6 Months Avg Daily Balance: | $2.29 |
| Local Max. Balance - Prev. 30 Days: | $5.43 |
| Average Balance - Prev. 30 Days: | $0.25 |
| Inmate Qualifies for OTC Medication | |

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $85.50
Last Sales Date: 3/10/2008 12:23:37 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: